IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RONQUELA WALLACE,**

    **Petitioner,**

v.                                                                     **Case No. 4:13cv675-MW/CAS**

**J. V. FLOURNOY, Warden,**

    **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT
AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 24. Upon consideration, no objections having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, filed under 28 U.S.C. § 2241 is **DENIED**. Petitioner's motion to expedite, ECF No. 23, is **DENIED as moot**." The Clerk shall close the file.

**SO ORDERED on August 12, 2015.**

                                                                           **s/MARK E. WALKER**
                                                                           **United States District Judge**